IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00345-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     GUMARO VALENCIA;
**2.**     **ERIC GOMEZ**;
3.     ARMANDO SANDOVAL-RODRIGUEZ; and
4.     BLAS SOSA-QUINTERO,

    Defendants.

---

**ORDER SETTING CHANGE OF PLEA HEARING**

---

A Notice of Disposition on behalf of Defendant Eric Gomez (Dkt. # 134) was filed in the above matter on September 28, 2005. A Change of Plea hearing is set for **January 6, 2006 at 9:30 a.m. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers AND to the Probation Department no later than noon on January 4, 2006.** If these documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy. **The original and one copy of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom at the time of the hearing (***see*** D.C.COLO.LCrR 11.1F).** In light of this change of plea hearing, it is

ORDERED that Defendant Gomez is released from the final trial preparation conference on December 12, 2005 and the trial date of December 19, 2005. These dates remain on the Court's docket with respect to Defendant Gumaro Valencia.

DATED: December 6, 2005

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge