IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00345-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GUMARO VALENCIA;
**2.**   **ERIC GOMEZ**;
3.    ARMANDO SANDOVAL-RODRIGUEZ; and
4.    BLAS SOSA-QUINTERO,

    Defendants.

## ORDER TO RESET CHANGE OF PLEA HEARING

This matter is before the Court *sua sponte*. It is hereby

ORDERED that the change of plea hearing on behalf of Defendant Eric Gomez set for January 6, 2006 at 9:30 a.m. is RESET to January 6, 2006 at **4:00 p.m.**

    DATED: January 4, 2006

                                                   BY THE COURT:

                                                   *s/ Phillip S. Figa*

                                                   _____
                                                   Phillip S. Figa
                                                   United States District Judge